UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WOODWARD LIQUOR, INC., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 2:22-CV-12107-TGB <br><br> ORDER <br><br> HONORABLE TERRENCE G. BERG |

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal by all parties, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 25th day of October, 2022.

                                                    BY THE COURT:

                                                  /s/Terrence G. Berg
                                                  TERRENCE G. BERG
                                                  United States District Judge